# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

David Winner

          Plaintiff,

v.                   Case No.: 1:20−cv−03515
                   Honorable Rebecca R. Pallmeyer

PNC Financial Services Group, Inc.

          Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 7, 2021:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation of Dismissal filed on 1/5/2021 [42], this case is dismissed with prejudice. Civil case terminated. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.